FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

U.S. DISTRICT COURT
RECEIVED & FILED
2024 JAN 25 P 3: 12
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Kevin Lee Ross
Brienna Rowe
[Enter above the full name of the plaintiff in this action]

v.

Bangor Savings Bank
Tresten Bergeron
Gabrielle Campbell
[Enter above the full name of the defendant(s) in this action]

)
)
)
)
)
)
)   Docket no.
)
)
)
)
)
)
)
)
)

I. Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes [ ]  No [✓]

  B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

    1. Parties to this previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____
        _____

    2. Court [If federal court, name the district; if state court, name the county]
        _____

    3. Docket number _____

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement Somerset County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes [✓]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [ ]   No [✓]

C. If your answer is "Yes"

1. What steps did you take? Nothing to help in this case with in this grievance systeme.

2. What was the result? _____

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff Kevin Lee Russ - Brenna Rowe

Address 131 Madison Rd, Madison, Me. 04950

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant Bangor Savings Bank

Position Bank

Address Corporate Office C/o Administration 24 Hamlin Way, Bangor, Me. 04401

C. Additional Defendant(s) Tresten Bergeron - Branch Manager Gabrielle Campbelle Assistant Branch Manager Skowhegan Branch, 113 Madison Ave Skowhegan, Me. 04976

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

Bangor Savings Bank; Did hold my money illegally, showed Discrimination, while done so, to both myself and my P.O.A. Used Discriminating, Abusive, Malicious and Caluse Business practises while doing so. Which caused both myself and Brienna severe emothiona and mental Distress, stress and anguish.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

_____
Signature of Plaintiff

Signed this _____ day of _____, 20__

I declare under penalty of perjury that the foregoing is true and correct.

_____     _____
Date                        Signature of Plaintiff