**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| KEVIN LEE ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:24-cv-00021-NT |
| | ) |
| BANGOR SAVINGS BANK, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On February 27, 2024, the United States Magistrate Judge filed with the Court, with a copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 14). The Magistrate Judge pointed out two major deficiencies in the Plaintiff's original Complaint. First, he noted that the Plaintiff's Complaint consists of conclusory statements that are unsupported by facts and do not describe the alleged conduct of either of the individuals named as Defendants, Tresten Bergeron and Gabrielle Campbell (both managers at the Skowhegan branch of Bangor Savings Bank). Recommended Decision at 3. Second, the Plaintiff asserted a claim on behalf of Brienna Rowe, which the Magistrate Judge correctly noted is not permitted under federal law because the Plaintiff is not a licensed attorney. Recommended Decision at 3–4. The Magistrate Judge recommended that, "unless Plaintiff files an amended complaint that adequately addresses the deficiencies identified herein," the Court should dismiss the matter. Recommended Decision at 4.

On March 6, 2024, the Plaintiff filed an objection to the Recommended Decision (ECF No. 19), which included a motion to amend his Complaint (ECF No. 20). The Magistrate Judge granted the Plaintiff's motion to amend (ECF No. 32) on April 8, 2024. The Magistrate Judge also issued a Supplemental Recommended Decision and again recommended that the matter be dismissed because the Plaintiff's allegations, as amended, do not allege a claim within the Court's jurisdiction (ECF No. 31). The Plaintiff timely filed an objection to the Supplemental Recommended Decision (ECF No. 34).

I have reviewed and considered the Recommended Decision and the Supplemental Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decisions, and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and the Supplemental Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Plaintiff's objection (ECF No. 34) is **OVERRULED** and the Recommended Decisions of the Magistrate Judge (ECF Nos. 14 & 31) are hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 17th day of April, 2024.