UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KEVIN LEE ROSS, et al. | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   CIVIL NO. 1:24-cv-00021-NT |
| | ) |
| BANGOR SAVINGS BANK, et al. | ) |
| | ) |
| Defendant(s), | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge entered by Nancy Torresen, U.S. District Judge on April 17, 2024, JUDGMENT of Dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Stacey Graf
Deputy Clerk

Dated: April 17, 2024