# United States Court of Appeals
## For the First Circuit

_____

No. 24-1445

KEVIN LEE ROSS,

Plaintiff - Appellant,

BRIENNA ROWE,

Plaintiff,

v.

BANGOR SAVINGS BANK; TRESTEN BERGERON, Branch Manager of Skowhegan Branch; GABRIELLE CAMPBELL, Assistant Branch Manager of Skowhegan Branch,

Defendants - Appellees.
_____

Before

Barron, Chief Judge,
Gelpí and Rikelman, Circuit Judges.
_____

**JUDGMENT**

Entered: January 21, 2025

    Pro se plaintiff-appellant Kevin Lee Ross ("Ross") appeals from the district court's screening dismissal of his amended complaint under 28 U.S.C. § 1915(e)(2)(B). Upon de novo review and after careful consideration of appellant's submissions and the relevant portions of the record, we affirm the district court's dismissal of his amended complaint. Affirmed. See 1st Cir. R. 27.0(c). The motion requesting a stay is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kevin Lee Ross